Mary Krembs, Plaintiff, v. County of Cook, a Body Politic and Corporate, Defendant, Village of Northbrook, a Municipal Corporation, Intervenor-Defendant-Appellant, City of Highland Park, a Municipal Corporation, Intervenor-Defendant-Appellant.

Gen. Nos. 53,706, 53,707. (Consolidated Appeal.)

First District.
February 20, 1970.

Thomas H. Compere, Corporation Counsel of City of Highland Park (Berle L. Schwartz, of counsel), and Frederic O. Floberg, of Chicago (William M. Freivogel, Ross, Hardies, O'Keefe, Babcock, McDugald & Parsons, of counsel), for intervenor-defendant-appellants; John M. Daley, of Chicago, for appellee. Opinion by JUSTICE STOUDER. Not to be published in full.